In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00170-CV**
_____

**LEE ALFORD, Appellant**

**V.**

**YUVRAJ KHULLAR, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Brazos County, Texas**
**Trial Cause No. 6312-B**
_____

**MEMORANDUM OPINION**

On April 18, 2024, Lee Alford filed a notice of appeal pertaining to a final judgment in Trial Cause Number 6312-B.[1] But after perfecting his appeal Alford failed to file a brief.

---

[1] Alford filed his appeal in the Tenth District Court of Appeals. **[**But in March 2024, the Texas Supreme Court signed a docket-equalization order and transferred the appeal to the Ninth District Court of Appeals to equalize the appellate dockets. *See* Tex. Gov't Code Ann. § 73.001.

On July 12, 2024, the Clerk of the Ninth Court of Appeals notified the parties that Alford had not filed a brief and advised the parties that his appeal would be submitted without briefs unless by July 22, 2024, Alford had submitted a brief and a motion to extend the deadline in which he had to file his brief. We warned Alford that if the Court submitted his appeal without briefs that the Court could dismiss his appeal for want of prosecution.

On August 5, 2024, the Clerk notified the parties that on August 26, 2024, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Alford has not filed a brief in his appeal assigning any error to any of the trial court's rulings, we dismiss Alford's appeal for want of prosecution. *See id*. 38.8(a)(1); *id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 26, 2024
Opinion Delivered August 29, 2024

Before Golemon, C.J., Wright and Chambers, JJ.